PER CURIAM.
Affirmed. See Michigan v. Long, 463 U.S. 1032, 103 S.Ct. 3469, 77 L.Ed.2d 1201 (1983); Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407, 9 L.Ed.2d 441 (1963); State v. Levin, 452 So.2d 562 (Fla.1984), adopting Levin v. State, 449 So.2d 288 (Fla. 3d DCA 1983); State v. Ecker, 311 So.2d 104 (Fla.1975), cert. denied, 423 U.S. 1019, 96 S.Ct. 455, 46 L.Ed.2d 391 (1975); Kayes v. State, 409 So.2d 1075 (Fla. 2d DCA 1981); Dean v. State, 406 So.2d 1162 (Fla. 2d DCA 1981); Pomerantz v. State, 372 So.2d 104 (Fla. 3d DCA 1979).